# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2025 WY 124

*October Term, A.D. 2025*

**November 19, 2025**

WILLIAM THOMAS BREWER,

**Appellant
(Defendant),**

**v.**                                                    **S-25-0176**

THE STATE OF WYOMING,

**Appellee
(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S SENTENCING ORDER

[¶1]   **This matter** came before the Court upon Appellant's timely filing of a *pro se* Appellant's Brief, filed herein November 3, 2025.  Pursuant to a plea agreement, Appellant entered an unconditional guilty plea to one count of murder in the second degree in violation of Wyo. Stat. Ann. § 6-2-104(a).  For this count, the district court imposed a sentence of 55 years to life of incarceration. Appellant filed this appeal to challenge the district court's May 5, 2025, Judgment and Sentence.

[¶2]   On October 6, 2025, Appellant's court-appointed appellate counsel filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief.  This Court ordered that Appellant was permitted to file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal.  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal.  Appellant timely filed a *pro se* brief.

[¶3]   Now, following a careful review of the *Anders* brief submitted by appellate counsel, the *pro se* Appellant's Brief, and the record, this Court finds that appellate counsel's motion

to withdraw should be granted and the district court's Judgment and Sentence, should be affirmed.  It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant William Thomas Brewer, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the Sweetwater County District Court's May 5, 2025, Judgment and Sentence be, and the same hereby is, affirmed.

[¶6]    **DATED** this 19th day of November, 2025.

**BY THE COURT:**

/s/

**LYNNE BOOMGAARDEN**
**Chief Justice**
